George M. Kraw (California Bar No. 71551)
Katherine McDonough (California Bar No. 241426 )
Kraw and Kraw
605 Ellis Street, Suite 200
Mountain View, California 94043
Telephone: 650-314-7800
Facsimile: 650-314-7899
gkraw@kraw.com
kmcdonough@kraw.com

**E-Filed 7/10/2009**

Counsel for Plaintiffs:
Bakery and Confectionery Union and Industry International Pension Fund
Board of Trustees, Bakery and Confectionery Union and Industry International Pension Fund

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND, et al.

Plaintiffs,

vs.

WILLIAM ALEXANDER WILSON, III, et al.

Defendants.

Case No.: C09-00256-JF

**STIPULATION TO CONTINUE HEARING ON ATTORNEYS FEES AND COSTS**; ORDER THEREON

Plaintiffs, Bakery & Confectionery Union and Industry International Pension Fund ("Pension Fund") and Board of Trustees of the Pension Fund hereby file this stipulation to continue the hearing on their petition for attorneys' fees to August 21, 2009. The hearing on the Pension Fund's petition for attorney's fees was originally set for July 17, 2009. The Defendants have made a settlement offer and the parties agreed to continue the hearing so that they may engage in further settlement negotiations and to accommodate the vacation travel schedule of the Defendants' attorney, Heinz Binder.

July 9, 2009

Respectfully submitted,

/s/Katherine McDonough
Katherine McDonough

STIPULATION TO CONTINUE HEARING ON ATTORNEY'S FEES
Case Nos.: C09-00256-JF

2

*************************************************

ORDER THEREON

Good cause appearing, the hearing on the Plaintiffs' petition for attorneys' fees and costs is continued to August 21, 2009.

IT IS SO ORDERED.

DATED: 7/10/2009

UNITED STATES DISTRICT JUDGE

**STIPULATION TO CONTINUE HEARING ON ATTORNEY'S FEES**
Case Nos.: C09-00256-JF

3