```
HEINZ BINDER (#87908)
ROYA SHAKOORI (#236383)                    **E-Filed 8/12/2009**
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408) 295-1700
Facsimile: (408) 295-1531

Counsel for Defendants
WILLIAM ALEXANDER WILSON, III, KENNETH M. WILSON,
WILLIAM A. WILSON, III LIVING TRUST, FERNANDA M.
WILSON LIVING TRUST
```

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND<br><br>and<br><br>BOARD OF TRUSTEES OF THE BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM ALEXANDER WILSON, III KENNETH M. WILSON, ET AL.<br><br>Defendants. | Case No. 09-CV-00256-JF<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S PETITION FOR AN AWARD OF ATTORNEYS FEES AND REIMBURSEMENT OF EXPENSES** |

**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S PETITION FOR AN AWARD OF ATTORNEYS FEES AND REIMBURSEMENT OF EXPENSES**

Plaintiffs and Defendants, by and through their attorneys of record, having stipulated to continue the hearing date on Plaintiff's Petition for An Award of Attorneys

1  Fees and Reimbursement of Expenses ("Petition") and good cause appearing,

2      IT IS HEREBY ORDERED the continued hearing date of September 18, 2009 at

3  9:00 a.m. is approved.

4      IT IS FURTHER ORDERED the time within which Defendants may oppose the

5  Petition will be August 29, 2009 and the date within which Plaintiffs may reply to such

6  Opposition is September 12, 2009.

7

8  Dated: __8/12/2009__

9

10                                     _____

11                                     United State District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28